1  **SO. CAL. EQUAL ACCESS GROUP**
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   Kevin Hong (SBN 299040)
3  101 S. Western Ave., Second Floor
   Los Angeles, CA 90004
4  Telephone: (213) 252-8008
   Facsimile: (213) 252-8009
5  scalequalaccess@yahoo.com

6  Attorneys for Plaintiff,
   JUAN VALENCIA
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 JUAN VALENCIA,
                                        **Case No.: 2:23-cv-08470 DDP (JPRx)**
12          Plaintiff,

13    vs.
                                        **JOINT STIPULATION FOR**
14                                      **DISMISSAL PURSUANT TO**
                                        **FEDERAL RULE OF CIVIL**
15 BELEN INC; SRI, LLC; and DOES 1      **PROCEDURE 41(a)(1)(A)(ii)**
   to 10,
16
17          Defendants.

18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff JUAN VALENCIA ("Plaintiff") and Defendant BELEN INC stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety.  Each party shall bear his own costs and attorneys' fees.

Respectfully submitted,

DATED:  March 12, 2024        SO. CAL. EQUAL ACCESS GROUP

By:   */s/  Jason J. Kim*
      Jason J. Kim
      Attorneys for Plaintiff

DATED:  March 12, 2024        CORFEE STONE LAW CORPORATION

By:   */s/ Catherine M. Corfee*
      CATHERINE M. CORFEE
      Attorneys for Defendant
      BELEN INC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  March 12, 2024                By: */s/ Jason J. Kim*
                                          Jason J. Kim